**Opinion issued August 4, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00856-CV

———————————

**AARON WAYNE ADCOCK, Appellant**

**V.**

**LYN LOUISE ADCOCK, Appellee**

On Appeal from the 247th District Court
Harris County, Texas
Trial Court Case No. 2012-52286

## MEMORANDUM OPINION

The parties, Aaron Wayne Adcock and Lyn Louise Adcock, have jointly moved to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

## PER CURIAM

Panel consists of Justices Higley, Bland, and Massengale.